AO 442

# United States District Court

DISTRICT OF UTAH - CENTRAL DIVISION

UNSEAL

UNITED STATES OF AMERICA

v.

**Harold J. Lyman**

FILED
U.S. DISTRICT COURT
2009 JUN 15 P 2:04
DISTRICT OF UTAH
BY: _CE_
DEPUTY CLERK

## WARRANT FOR ARREST

CASE NUMBER: 2:08cr00061-001 DAK

To: The United States Marshal
and any Authorized United States Officer

ORIGINAL

YOU ARE HEREBY COMMANDED to arrest **HAROLD J. LYMAN**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☒ Superseding Indictment   ☐ Information   ☐ Superseding Information
☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition
☐ Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Trafficking in Stolen Artifacts ; Theft of Government Property**

in violation of **16:470ee ; 18:641** United States Code.

| D. Mark Jones | Clerk of Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ | May 27, 2009 at Salt Lake City, Utah |
| Signature of Issuing Officer | Date and Location |
| By: Ryan Robertson Deputy Clerk | |

Bail fixed _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 5/27/09 | NAME AND TITLE OF ARRESTING OFFICER D. M. Dvs— | SIGNATURE OF ARRESTING OFFICER R. [signature] |
|---|---|---|
| DATE OF ARREST 6/11/09 | | |